**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHARLES CURTIS REED,<br><br>                      Plaintiff,<br><br>v.<br><br>TRAVIS HOSTETLER, *et al.*,<br><br>                      Defendants. | Case No. 3:21-cv-0296-MMD-CLB<br><br>**ORDER STRIKING THE REPORT OF PARTIES' CONFERENCE AND JOINT DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>[ECF No. 17] |

The Court has reviewed the Report of Parties' Conference and Joint Discovery Plan and Scheduling Order ("Report"). (ECF No. 17.) The Report does not comply with the Court's Order Re: Case Management Report in that it does not include several of the required items listed in the order, specifically the information requested in Sections 6(b)-(f), 10, 11, 12, and 13. (ECF No. 11.) Therefore, the Report, (ECF No. 17), is hereby **STRICKEN**. The parties shall file a Case Management Report that complies with the requirements of the Court's order ECF No. 11 on or before **Friday, August 27, 2021.**

**DATED**: August 24, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**